M.D. Appeal Dkt.

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 439 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JACK EDWARD SATTERFIELD, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 17th day of November, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Whether the Superior Court erred when it affirmed the trial court's imposition of illegal sentences when the trial court sentenced petitioner to separate, consecutive sentences on three counts of accidents involving death or personal injury where the applicable statue contemplates a single offense for each accident regardless of the number of persons injured or killed in such an accident?